PROB 12C
(6/16)

Report Date: August 30, 2018

# United States District Court

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2018

SEAN F. McAVOY, CLERK

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Jacob Hayes Weyand          Case Number: 0980 2:13CR02113-SAB-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 21, 2016

| | | |
|---|---|---|
| Original Offense: | Distribution of Heroin,  21 U.S.C. § 841(a)(1) and (b)(1)(C) | |
| Original Sentence: | Prison - 4 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: March 21, 2016 |
| Defense Attorney: | TBD | Date Supervision Expires: March 20, 2020 |

**PETITIONING THE COURT**

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: Mr. Weyand is alleged to have committed a new crime on August 19, 2018, by being arrested for Driving Under the Influence, in violation of Revised Code of Washington (RCW) 46.61.502.

On April 4, 2016,  a U.S. probation officer reviewed a copy of the conditions of supervision as outlined in the judgment and sentence with Mr. Weyand and he signed a copy acknowledging the requirements.

The following is a summary of incident reports for case # S18-09229, written by Kittitas County Sheriff deputies:

On August 19, 2018 , Mr. Weyand was pulled over for driving in the shoulder of Kittitas Highway, in Kittitas County,  for several hundred feet.  When the deputy contacted Mr. Weyand, there was a distinct odor of intoxicants coming from the vehicle and Mr. Weyand was the only person in the vehicle.  Mr. Weyand's speech was slurred and his eyes were bloodshot.  Mr. Weyand submitted to a voluntary portable Breathalyzer test (PBT) which registered a blood alcohol content level of .307.  Mr. Weyand was arrested for driving under the influence and transported to Kittitas County Jail.

Prob12C
**Re: Weyand, Jacob Hayes**
**August 30, 2018**
Page 2

>   While at the Kittitas County Jail, Mr. Weyand provided two valid breath samples which registered a blood alcohol content level of .278/.282 and .281/.286 respectively.
>
>   Mr. Weyand made an initial appearance in Lower Kittitas District Court for case number 15147 and was released on his personal recognizance. His next court date is scheduled for September 11, 2018.

2   **Special Condition # 15**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

>   **Supporting Evidence**: Mr. Weyand is alleged to have consumed alcohol on August 19, 2018.
>
>   On April 4, 2016, a U.S. probation officer reviewed a copy of the conditions of supervision as outlined in the judgment and sentence with Mr. Weyand and he signed a copy acknowledging the requirements.
>
>   On August 19, 2018, Mr. Weyand provided two valid breath samples which registered a blood alcohol content level of .278/.282 and .281/.286 respectively. The breath samples were administered prior to Mr. Weyand being detained in Kittitas County Jail for driving under the influence of alcohol.
>
>   On August 24, 2018, Mr. Weyand reported to U.S. Probation and admitted to consuming alcohol on August 19, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 30, 2018

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

August 30, 2018

Date